Case 2:10-cr-00029-JHN   Document 1   Filed 01/08/2010   Page 1 of 1

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:96CR38-002 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) CR 10-29 JHN |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Henry Rayford | Florida Northern | Gainesville |
| | NAME OF SENTENCING JUDGE | |
| | Maurice M. Paul  Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/14/2005 — TO 12/13/2010 |

OFFENSE:

Ct. 1) Conspiracy to Possess With Intent to Distribute Crack Cocaine and marijuana.
Ct. 4) Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_November 20, 2009_  
Date

_Maurice M. Paul_  
Maurice M. Paul  
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/8/2010_  
Effective Date

_____  
**CHIEF** United States District Judge

I hereby attest and certify on 1/12/10 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1183


Rec'd 01 15'10 USDCFln1AM1136